UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Jasmine Turner,<br><br>        Plaintiff,<br><br>vs.<br><br>Burger King Corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)    Case No. 4:19cv39 UNA<br>)<br>)<br>)<br>)<br>) |

## ORDER

The above styled and numbered case was filed on January 11, 2019 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Stephen N. Limbaugh, Jr., United States District Judge, under cause number 1:19cv00006.

**IT IS FURTHER ORDERED** that cause number 4:19cv39 UNA be administratively closed.

                                                                              GREGORY J. LINHARES
                                                                              CLERK OF COURT

Dated: January 14, 2019                                 By: /s/ Michele Crayton
                                                                              Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:19cv00006 SNLJ.**